IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re AZURIX CORP.<br>SECURITIES LITIGATION, | §<br>§ | |

| | | |
|---|---|---|
| IRVING ROSENZWEIG, et al., | §<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. H-00-3493<br>(CONSOLIDATED) |
| AZURIX CORPORATION, et al., | §<br>§ | |
| Defendants. | § | |

United States Courts
Southern District of Texas
ENTERED

**FINAL JUDGMENT**

MAR 2 1 2002

Michael N. Milby, Clerk of Court

In accordance with the Memorandum and Order granting Defendants' Motions to Dismiss, this action is **DISMISSED with prejudice** as to all defendants except for Enron Corporation.

Enron Corporation is **DISMISSED without prejudice.**

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 20th day of March, 2002.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

n:\files\00-3493.fj